

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00140-CV

In re Larry **MOORE** and Janis Moore, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: May 21, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On March 3, 2025, relators Larry Moore and Janis Moore filed a petition for writ of mandamus. After considering the petition and real party in interest Zurich American Insurance Co.'s response, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CV06244, styled *Larry Moore and Janis Moore v. Zurich American Insurance Co., Sabas Garcia Pena, and RWE Energy Wholesale Service, Inc.*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable Cesar Garcia presiding.